[No. 45033-6-I.   Division One.   February 12, 2001.]

FRANK COLUCCIO CONSTRUCTION COMPANY, INC., *Appellant*, v.
THE CITY OF EVERETT, *Respondent*.
THE CITY OF EVERETT, *Respondent*, v. SAFECO INSURANCE
COMPANY OF AMERICA, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 97-2-04252-4, Ronald L. Castleberry, J., entered July 22, 1999. *Affirmed* by unpublished
opinion per Ellington, J., concurred in by Becker, A.C.J.,
and Grosse, J.

[No. 46117-6-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *on the relation of Danwit
Kidane-Mariam*, *Respondent*, v. DAGNA KIDANE-MARIAM,
*Appellant*, LINDA J. KIDANE-MARIAM, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-3-09207-2, Patricia H. Clark, J., entered
February 4, 2000. *Reversed* by unpublished per curiam
opinion.

[No. 46838-3-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARDINO
GUTIERREZ-REYES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, 00-8-01627-3, Julie Spector, J., entered May 16,
2000. *Affirmed* by unpublished per curiam opinion.

[No. 46583-0-I.   Division One.   February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO ROCHE
GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-8-00237-0, Dean Scott Lum, J., entered
April 7, 2000. *Affirmed* by unpublished per curiam opinion.